UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

T.L. and D.L. on behalf of their child B.L.,

                              Plaintiffs,

-against-

THE DEPARTMENT OF EDUCATION OF THE
CITY OF NEW YORK a/k/a THE BOARD OF
EDUCATION OF THE CITY SCHOOL DISTRICT
OF THE CITY OF NEW YORK,

                              Defendant.

------------------------------------------------------------------ x

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

10 CV 3125 (SLT) (LB)

       **PLEASE TAKE NOTICE** that upon defendant's Local Rule 56.1 Statement of Undisputed Facts dated January 7, 2011; defendant's memorandum of law dated January 7, 2011; the record of the underlying administrative proceedings; and all prior pleadings and proceedings, defendant, by its attorney Michael A. Cardozo, Corporation Counsel of the City of New York, will move this Court, before the Honorable Sandra L. Townes at the United States District Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, 11201 on February 25, 2011 at 10:00 a.m., or as soon thereafter as counsel may be heard, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure awarding defendant summary judgment, dismissing plaintiffs' complaint in its entirety, and granting defendant such other and further relief as the Court may deem just and proper.

       **PLEASE TAKE FURTHER NOTICE** that answering papers, if any, must be filed and served on the undersigned by February 7, 2011, and that reply papers, if any, must be filed and served by February 22, 2011.

Dated: New York, New York
January 7, 2011

        MICHAEL A. CARDOZO
        Corporation Counsel of the City of New York
        Attorney for Defendant
        100 Church Street, Room 2-185
        New York, N.Y. 10007
        (212) 788-0908
        Fax: (212) 788-0940
        tgantz@law.nyc.gov

By: _____s/_____
     Toni Gantz
     Assistant Corporation Counsel

To: Stewart Karlin
Neal Rosenberg
9 Murray Street, Suite 4W
New York, NY 10007