UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

T.L.. and D.L., on behalf of their child, B.L.,

                        Plaintiffs,

    -against-                                  **10 CIV. 3125 (SLT) (LB)**

DEPARTMENT OF EDUCATION OF THE
CITY OF NEW YORK a/k/a THE BOARD OF
EDUCATION OF THE CITY SCHOOL DISTRICT
OF THE CITY OF NEW YORK,

                        Defendant.
-------------------------------------------------------------X

## **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE**, that upon the accompanying Plaintiffs' 56.1 Statement, and the administrative record duly filed with this Court, the Plaintiff, T.L.. and D.L., on behalf of their child, B.L., will move this Court, before the Honorable Sandra L. Townes, at the United States Courthouse for the Eastern District of New York, located at 220 Cadman Plaza East, Brooklyn, NY 11201, on the 17th day of March, at 9:30 A.M., or as soon thereafter as counsel may be heard, for an order pursuant to Fed. R. Civ. P. 56 awarding plaintiff summary judgment in its favor, together with such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       March 17, 2011                            Respectfully submitted,

                                                   s/Stewart Lee Karlin, Esq.
                                                   NEAL H. ROSENBERG (NHR7827)
                                                   STEWART LEE KARLIN (SLK3720)
                                                   Attorneys for Plaintiff
TO:   Toni Gantz, Ass't Corp Counsel       9 Murray Street, Suite 4W
         via ECF                                          New York, N.Y. 10007
                                                   (212) 732-9450